JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZANA NAEEM, et al., | Case No. EDCV 10-00300 VAP(OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SOUTH PACIFIC FINANCIAL CORPORATION, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants MTC Financial Inc.; OneWest Bank, FSB; Indymac Mortgage Services; and Federal Home Loan Mortgage Corporation is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 29, 2010

VIRGINIA A. PHILLIPS
United States District Judge