**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZANA NAEEM, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTH PACIFIC FINANCIAL CORPORATION, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. EDCV 10-00300 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant South Pacific Financial Corporation is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 13, 2010

　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge